UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 7:00-CR-128-F1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BRIAN SHOLAR, | ) | |
| Defendant. | ) | |

This matter is before the court on the probation officer's motion for revocation of supervised release. At the scheduled hearing on August 6, 2014, the Defendant, through counsel, informed the court that the factual predicate for revocation is in dispute. After the Defendant produced some evidence, the court concluded that the most appropriate course was to continue the matter. The hearing is accordingly CONTINUED until the court's September 29, 2014 term. The Defendant's release conditions are MODIFIED such that he is permitted to leave home solely for purposes of employment. Except as herein modified, the release conditions entered by the court's July 3, 2014 order are RATIFIED.

SO ORDERED.

This the 7th day of August, 2014.

JAMES C. FOX
Senior United States District Judge